O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA CORNEJO, individually and as Successor in Interest to ANTONIO CORNEJO, DECEASED; EFRAIN CORNEJO MACIAS, individually; NANCY BERMUDEZ, individually; ALEJANDRA HERRERA, individually; MARCOS CORNEJO MACIAS; individually; MARIA REYNOSO, individually, and THE ESTATE OF ANTONIO CORNEJO,<br><br>       Plaintiff,<br><br>  v.<br><br>CITY OF COLTON, a municipal entity; Eugene Gouldeman; and DOES 1 through 10, inclusive,<br><br>       Defendants. | Case No. EDCV 08-01844-VAP (RCx)<br><br>**[Motion filed on January 6, 2010]**<br><br>**ORDER GRANTING SUMMARY JUDGMENT AS TO PLAINTIFF MARCOS CORNEJO MACIAS ONLY** |

    On January 6, 2010, Defendants filed a Motion for Summary Judgment and/or Summary Adjudication ("Motion") as to Plaintiff Marcos Cornejo Macias. On January 7, 2010, Plaintiffs filed a Notice of Non-Opposition to the

1  Motion ("Notice of Non-Opp'n"), stating "all Plaintiffs
2  will not oppose" Defendant's Motion for Summary Judgment
3  as to Plaintiff Marcos Cornejo Macias.  (Notice of
4  Non-Opp'n at 1.)  On February 2, 2010, Defendants filed a
5  Reply.

7       The Court construes Plaintiffs' decision not to
8  oppose the Motion as voluntary dismissal of the unopposed
9  claims with prejudice pursuant to Rule 41(a)(1) of the
10 Federal Rules of Civil Procedure and Local Rule 7-12.

12      Accordingly, the Court GRANTS the Motion for Summary
13 Judgment and/or Summary Adjudication as to Plaintiff
14 Marcos Cornejo Macias.

17 Dated:  February 4, 2010         _____
                                       VIRGINIA A. PHILLIPS
18                                   United States District Judge